May Term,

MEIKEL and Others *v.* COTTRELL and Another.—Two     1860.

Cases.

YOUNG
*v.*
MOODY.

THE SAME *v.* HUNTER.

APPEAL from the *Marion* Court of Common Pleas.     *Thursday, August 23.*

*Per Curiam.*—No exception was taken in this case. The record raises no question.

The judgment is affirmed with 5 per cent. damages and costs.

*R. L. Walpole, K. Ferguson,* and *J. T. Roberts,* for the appellants.

*G. Tanner* and *B. K. Elliott,* for the appellees.